# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARLIN ELIZABETH MCKISIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0776 |
| ) | Judge Trauger |
| H.A.T.S., INC., GALLATIN/SPRINGFIELD, ) | Magistrate Judge Bryant |
| TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On May 23, 2007, the Magistrate Judge issued a Report and Recommendation (Docket No. 14) recommending that the defendant's motion for summary judgment be granted. No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 11th day of June 2007.

_____
ALETA A. TRAUGER
U.S. District Judge